**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6212**

---

RONALD EDWARD DAVIS,

Plaintiff - Appellant,

versus

CITY OF PORTSMOUTH, VIRGINIA, POLICE DEPART-
MENT; CITY OF NEWPORT NEWS, VIRGINIA, POLICE
DEPARTMENT,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge. (CA-96-52-2)

---

Submitted:  May 21, 1996　　　　　　Decided:  June 3, 1996

---

Before WIDENER and ERVIN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ronald Edward Davis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Davis v. City of Portsmouth Police</u>, No. CA-96-52-2 (E.D. Va. Jan. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>